IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES C. WINDING                                                            PETITIONER

VS.                                                                CAUSE NO. 5:24-cv-00038-DCB-LGI

MARC MCCLURE                                                         RESPONDENT

## **AMENDED MOTION TO WITHDRAW AS COUNSEL FOR JAMES C. WINDING**

COMES NOW, Charles B. Irvin and Irvin Law, PLLC. ("Counsel"), as counsel of record for James C. Winding (Petitioner) for the following cases/charges:

1. Counsel filed an Entry of Appearance on or about August 23, 2023 for initial charge against Defendant.

2. On or about October 28, 2023 Counsel was later hired to this case.

3. Due to irreconcilable differences between Counsel and Petitioner, Counsel can no longer effectively and properly represent Petitioner. The Petitioner was advised by Counsel that new counsel should be retained for this matter.

4. Based on the foregoing, it is requested that Counsel may be permitted to withdraw as counsel for any and all matters pertaining to the above- captioned matters.

5. The United States District Court Northern District retains jurisdiction of this matter.

6. Petitioner has the burden of keeping the Court informed of his current address for the service of notices, pleadings, or other papers;

7. Petitioner has the obligation to prepare to go forward with his case or to hire other counsel to handle his case.

8. If Petitioner fails or refuses to meet these obligations, he may suffer adverse consequences.

9. Petitioner has no objection to this Motion to Withdraw with this Court.

WHEREFORE, Charles B. Irvin and Irvin Law, PLLC. respectfully request that an order be entered permitting Charles B. Irvin and Irvin Law, PLLC. to withdraw as attorney of record for Petitioner James C. Winding for cases/charges listed above.

This 31st day of May, 2024.

                                              Respectfully submitted,

                                              /s/ *Charles Irvin*

                                              Charles Irvin, MSB#99607
                                              Attorney for Petitioner

401 Legacy Park
Ridgeland MS 39157
P: 601.340.6800
F: 1.877.288.2123
E: cbirvin@irvin-law.com

## CERTIFICATE OF SERVICE

This is to certify that I have this served a copy of the foregoing to be filed with the Clerk of the Court and as follows:

This 31st day of May, 2024.

                                                Respectfully submitted,

                                                /s/ *Charles Irvin*

                                                Charles Irvin, MSB#99607
                                                Attorney for Petitioner

401 Legacy Park
Ridgeland MS 39157
P: 601.340.6800
F: 1.877.288.2123
E: cbirvin@irvin-law.com